## MERIDIAN BANK

v.

## Ralph R. PISANI and Bucks County Bank,

**Petition of Ralph R. Pisani.**

Supreme Court of Pennsylvania.

Sept. 18, 2002.

Christopher P. Lagay, Stief, Waite, Gross, Sagoskin & Gilman, P.C., Clyde William Waite, Barry L. Gross, Newton, for Pisani et al., Petitioners.

Joan Ruth Sheak, Duane Morris & Heckscher, L.L.P.; Renee Lynne Ferretti, Brown, Brown, Solt & Ferretti, Allentown, for Meridian Bank, Respondent.

Jeffry William Duffy, Stevens & Lee, P.C., Reading, for Corestate Bank, N.A., Respondent.

### PETITION FOR ALLOWANCE OF APPEAL FROM THE ORDER OF SUPERIOR COURT.

#### *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of September, 2002, it is ordered by this Court that the Petition for Allowance of Appeal is **GRANTED.** It is also ordered that the order of the Superior Court dismissing Petitioner's claim is **REVERSED,** based on *Pantuso Motors Inc. v. Corestates Bank, N.A.,* 568 Pa. 601, 798 A.2d 1277, 2002 WL 1338082 (2002), and that this case is **REMANDED** to the Court of Common Pleas of Bucks County for further proceedings on Respondent's remaining affirmative defenses. Also, the Application for Consolidation filed by Ralph R. Pisani is **DENIED.**

■

## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Michael BARONI, Petitioner.

Supreme Court of Pennsylvania.

Sept. 19, 2002.

#### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2002, the Petition for Allowance of Appeal is granted, limited to

Whether the jury's guilty verdict is vitiated and non-existent due to the trial court's failure to instruct the jury on the beyond-a-reasonable-doubt standard of proof required by the *corpus delicti* rule, and whether Petitioner's petition for post conviction collateral relief is time-barred by the provisions of 42 Pa. C.S. § 9545(b)(1).